**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| JASON OMAR BAILEY,<br><br>      Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and INDEPENDENT BANK<br><br>      Defendants. | CASE NO. 8:24-cv-00254-SDM-AEP |

**NOTICE OF SETTLEMENT AS TO DEFENDANT, INDEPENDENT BANK**

COMES NOW Plaintiff, JASON OMAR BAILEY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, INDEPENDENT BANK, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 10th day of May, 2024.

1

        **/s/Octavio Gomez**
        Octavio "Tav" Gomez
        Florida Bar #:0338620
        Georgia Bar #: 617963
        Pennsylvania #: 325066
        The Consumer Lawyers PLLC
        412 E. Madison St, Ste 916
        Tampa, FL 33602
        Cell: (813)299-8537
        Facsimile: (844)951-3933
        Primary Email: Tav@theconsumerlawyers.com
        Secondary Email: Lisa@theconsumerlawyers.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 10th day of May, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/Octavio Gomez**
        Octavio "Tav" Gomez
        Florida Bar #:0338620
        *Attorney for Plaintiff*