# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JASON OMAR BAILEY,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and INDEPENDENT BANK<br><br>　　　　Defendants. | CASE NO. 8:24-cv-00254-SDM-AEP |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC

COMES NOW Plaintiff, JASON OMAR BAILEY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 23rd day of May, 2024.

1

>**/s/Octavio Gomez**
>Octavio "Tav" Gomez
>Florida Bar #:0338620
>Georgia Bar #: 617963
>Pennsylvania #: 325066
>The Consumer Lawyers PLLC
>412 E. Madison St, Ste 916
>Tampa, FL 33602
>Cell: (813)299-8537
>Facsimile: (844)951-3933
>Primary Email: Tav@theconsumerlawyers.com
>Secondary Email: Lisa@theconsumerlawyers.com
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 23rd day of May, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>**/s/Octavio Gomez**
>Octavio "Tav" Gomez
>Florida Bar #:0338620
>*Attorney for Plaintiff*

2