**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JASON OMAR BAILEY,

  Plaintiff,

v.                                                      CASE NO.: 8:24-cv-00254-SDM-AEP

EQUIFAX INFORMATION SERVICES
LLC, TRANS UNION LLC, and
INDEPENDENT BANK,

  Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC**

COMES NOW Plaintiff, Jason Omar Bailey, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant, Equifax Information Services LLC ("Defendant"). The Defendant has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 29th day of July, 2024.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email: Tav@theconsumerlawyers.com
Secondary Email: Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 29th day of July, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
*Attorney for Plaintiff*