## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JASON OMAR BAILEY,

  Plaintiff,

                                                    CASE NO.: 8:24-cv-00254-SDM-AEP

v.

EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and INDEPENDENT BANK,

  Defendants.

_____/

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Jason Omar Bailey ("Plaintiff") and Defendants Trans Union LLC ("Trans Union"), and Independent Bank ("Independent") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismiss with prejudice of each claim and count asserted by Plaintiff against Trans Union and Independent in the above styled action, with Plaintiff, Trans Union, and Independent to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 30th day of July, 2024.

| | |
|---|---|
| **/s/Octavio Gomez** | **/s/ Charlotte Long** |
| Octavio "Tav" Gomez | Charlotte Long, Esq. |
| Florida Bar #:0338620 | Florida Bar No. 0112517 |
| Georgia Bar #: 617963 | charlotte.long@transunion.com |

Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/Richard Underwood**
Richard D. Underwood, TNB 14515
HARRIS| SHELTON, PLLC
6060 Primacy Pkwy, Ste 100
Memphis, TN 38119
901.525.1455/901.567.9282 (Fax)
runderwood@harrisshelton.com
Attorney for Defendant-Pro Hac Vice

Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
**Counsel for Defendant Trans Union, LLC**